## 11820. SNEAD *v.* THE STATE.

BROYLES, C. J. The verdict was demanded by the evidence, and the special grounds of the motion for a new trial are without merit.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 9, 1920

Conviction of involuntary manslaughter; from Thomas superior court — Judge Thomas. August 17, 1920.

The only grounds of the motion for a new trial other than the general grounds relate to the charge of the court that "it is a rule of law, if a witness swears wilfully and knowingly falsely in a matter material to his testimony in the case, then the evidence of such witness is to be disregarded entirely, unless corroborated by the circumstances of the case or other credible evidence." It is contended that although this is correct as an abstract principle of law, it was not authorized by the evidence, "the only attempt to impeach any witnesses being by the method of proving contradictory statements made as to matters relevant to the witness's testimony and to the case;" and that after the court had thus undertaken to charge upon the subject of impeachment, the failure to charge anything further on that subject was error; that the court should have charged on "the weight, if any, that should be given to the testimony of any witness' whom the jury might find to have been successfully impeached," and should have charged the rule of law providing for the impeachment of contradictory statements previously made by him as to matters relevant to his testimony and to the case. Counsel cited: 125 *Ga.* 269 (2); 17 *Ga. App.* 561 (2).

*Eldon L. Joiner,* for plaintiff in error.
*Clifford E Hay, solicitor-general,* contra.